**Jeremy J. Albright, Ph.D.**
*Curriculum Vitae*
**September 2012**

## Personal Information

Current Information:

> *CEO and Senior Research Scientist*
> Methods Consultants of Ann Arbor, LLC
> December 2009 - Present
> www.methodsconsultants.com
> jeremy@methodsconsultants.com

Previous Positions:

> *Research Investigator/Research Area Specialist Associate*
> Inter-university Consortium for Political and Social Research
> University of Michigan
> May 2007 - July 2011
>
> *Statistical Software Consultant*
> Stat-Math Center
> Indiana University - Bloomington
> July 2005 - May 2007

## Education

Indiana University, PhD, December 2008
Dissertation: "Election Campaigns and Voter Alignments,"
  Winner, *Greenough Best Dissertation Award in Political Science*
Concordia College, Moorhead MN, B.A. (*summa cum laude*), December 2000
   Majors: International Relations, German, and Spanish
Universität Kassel, Germany, Federation of German/American Clubs Scholarship, 2000
Universidad de Navarra, Pamplona, Spain, Exchange Student, 1999

## Statistical Consulting

*Litigation*

- U.S ex. rel. Joe Liotine v. CDW Government, Civil Action No. 05-cv-00033-DRH-CJP. FCA case involving alleged Trade Agreement Act violations. Analysis of multiple years of sales data of defendants and related entities.

- U.S. ex rel. Jaro & Scott v. Home Depot and HD Supply, et al (C.D. Cal). FCA case involving alleged Trade Agreement Act violations. Analysis of multiple years of sales data of defendants and related entities.

- Claudia Trevino vs. Columbia Rio Grande Healthcare, L.P., et. al., (Case No. C-1521-10-D) Case involving alleged medical malpractice. Provided analysis of probability of injury occuring multiple times in a specific time frame.

*Business*

- Analyzed data to calibrate a new laser instrument under development by engineers at Planetary Emissions Management, Inc.
- Demonstrated the effectiveness of a health care intervention developed by Microclinic International, a non-profit providing health solutions to underserved areas around the world.
- Assisted Silicone Valley software developers at Xobni, Inc. statistically test consumer data to confirm that their product provided superior performance over existing software options.
- Provided early advising on data modeling algorithm for software startup company.

*Academic*

- Analyzed data for university faculty members from academic institutions in Virginia, Michigan, Illinois, and North Dakota that led to publications or grant proposals.
- Assisted myriad PhD students from across the United States successfully defend the statistical components of their dissertations.

*Other*

- Currently in the process of completing online webinars that offer instruction in specific statistical methods to be available for purchase through Methods Consultants on Ann Arbor website.

**Papers in Refereed Journals**

<u>Publications</u>
Jeremy J. Albright and Peter Mair. 2011. "Does the Number of Parties to Place Affect the Placement of Parties? Results from an Expert Survey Experiment." *Electoral Studies* 30(4): 858-864.

Jeremy J. Albright. 2011. "Privacy Protection in Social Science Research: Possibilities and Impossibilities." *PS: Political Science and Politics* 44: 777-782.

Jennifer B. Dowd, Jeremy Albright, Tivellore E. Raghunathan, Robert Schoeni, Felicial LeClere, and George Kaplan. 2011. "Deeper and Wider: Income and Mortality in the USA over Three Decades." *International Journal of Epidemiology* 40(1): 183-188.

Jeremy J. Albright. 2010. "The Multidimensional Nature of Party Competition." *Party Politics* 16: 699-719.

Jeremy J. Albright and Jared A. Lyle. 2010. "Data Preservation through Data Archives." *PS: Political Science and Politics* 43(1): 17-21.

Jeremy J. Albright. 2009. "Does Political Information Erode Party Attachments? A Review of the Cognitive Mobilization Thesis." *Electoral Studies* 28(2): 248-260.

Coral López-Gómez and Jeremy J. Albright. 2009. "The Working Conditions of Foreign Language Teachers: Results from a Pilot Study." *Hispania* 92(4): 778-790.

Jeremy J. Albright. 2008. "Partisans or Independents? Evidence for Campaign Targets from Elite Interviews in Spain." *Electoral Studies* 27(4): 711-722.

*In Progress*
Jeremy J. Albright. "An Agent-Based Model of Party Competition with Endogenous Voter Preferences."

Jeremy J. Albright. "A Latent Variable Framework for Standardizing Differently Worded Survey Questions: An Application with Party Identification."

## Invited Presentations

"Multilevel Models Using Stata and Mplus." Workshop presented at Sabanci University, Istanbul, Turkey, March, 2011.

"Statistical Disclosure Control." Workshop presented to Center for Survey Research, Academia Sinica. Taipei, Taiwan, August, 2010.

"Data Preservation through Data Archives." Roundtable discussant at the annual meeting of the American Political Science Association. Washington, DC, September, 2010.

## Teaching

Eastern Michigan University
    Adjunct Lecturer: PSY600 - Statistics in Psychology (Fall 2012 - )

University of Michigan - Ann Arbor
    Guest Lecturer: Epidemiology 652 - Analysis of NHANES Data (Fall 2010-Fall 2011)
    Topic: Variance Estimation for Complex Surveys

    Guest Lecturer: Spanish 340 - Introduction to Iberian Cultures (Fall 2008)
    Topic: The Political System of Spain

Ivy Tech State College of Indiana - Bloomington (Fall 2006–Spring 2007)
    Adjunct Faculty: MA111 - Intermediate Algebra

Indiana University - Bloomington (Fall 2001–Fall 2003, Fall 2005–Spring 2007)
    Instructor: Y200 - US/European Relations
    Lecturer: "Introduction to SPSS" for graduate-level introductory statistics courses
    Teaching Assistant: Y100 - American Political Controversies
        Y103 - Introduction to American Politics
        Y200 - Media Bias and the War on Terrorism

## Competitive Grants and Fellowships

Political Science Dissertation Writing Fellowship, Summer 2007
Grant-in-Aid, Indiana University Graduate School, Fall 2006
Fulbright Pre-dissertation Research Grant to Spain, 2004-2005

**Other Graduate Assistantships**

Research Assistant for Robert Rohrschneider (Spring/Summer 2004)
Statistical Software Consultant, Indiana University Stat/Math Center (Summer 2005-Spring 2007)

**Research Skills**

*Statistics*
Research Design (ANOVA, ANCOVA, MANOVA, Repeated Measures)
Multivariate Statistics (Canonical Correlation, Factor Analysis, PCA)
Maximum Likelihood Estimation of Generalized Linear Models
Nonparametric and Generalized Additive Models
Spatial Regression
Analysis of Complex Surveys
Hierarchical Linear/Random Effects/Mixed Models
Event History/Survival Analysis
Latent Variable Models including SEM
Multiple Imputation for Missing Data
Bootstrap & Jackknife Estimation of Standard Errors
Bayesian Methods including Markov Chain Monte Carlo

*Software*
R, Stata, SAS, SPSS, LISREL, Amos, Mplus, HLM, BUGS/JAGS, ArcGIS

*Operating Systems*
Windows, Mac OS 10.6 (Snow Leopard), Linux

*Markup, Database Query, and other Programming Languages*
Latex, HTML, MySQL and other flavors of SQL, Python

**Foreign Languages**

Spanish: Near fluency (Iberian Spanish).
German: Highly proficient.

**Conference Participation**

"Statistical Fallacies in the Study of Voter Alignments: The Case of Religion in Europe." Paper presented at the annual meeting of the American Political Science Association, Washington, DC, September, 2010.

Discussant for panel *Question and Scale Design*, 2010 International Conference on Survey Methodology, Taipei, Taiwan, August 2010.

"Issue Decay and Dealignment: Voter-Party Linkages in the Postmodern Era." Paper presented at the annual meeting of the American Political Science Association, Boston, MA, August 2008.

"Bayesian Estimates of Party Left-Right Scores." Poster presented at the annual meeting of the Political Methodology Organization, Ann Arbor, MI, July 2008.

"Beyond Left-Right: The Multidimensional Nature of Party Competition." Paper presented at the annual meeting of the Midwest Political Science Association, Chicago, IL, April 2008.

"Political Parties in Time and Space." Paper presented at the annual meeting of the Midwest Political Science Association, Chicago, IL, April 2007.

"Party Discipline, Voter Heterogeneity, and the Notion of Representation: The Strange Case of Spain." Paper presented at the annual meeting of the Midwest Political Science Association, Chicago, IL, April 2006.

With Jennifer Hayes-Clark, "The Etiology of Opinion Stability in the US: Easy and Hard Issues." Paper presented at the annual meeting of the American Political Science Association, Washington DC, September 2005.

"Satisfaction with the European Union: Reconsidering Eurobarometer Responses." Paper presented at the Northeast Political Science Association, Philadelphia, PA, November 2003.

"Voter/Party Congruence on the Environment: The Effect of Party Systems." Poster Presented at the annual meeting of the Midwest Political Science Association, Chicago, IL, April 2003.

### Other Graduate Awards

Best Paper, Methods Panel, Political Science Graduate Student Conference, Spring 2004, for "Voter Turnout in Western Europe: An Institutional Analysis using MCMC Simulation"

Best Paper, Methods Panel, Political Science Graduate Student Conference, Spring 2003, for "Post-materialism: A Multilevel Model"

### Undergraduate Awards

Graduation with Highest Honors (*summa cum laude*)
Completion of Credo Honors Program
Dr. Harding C. Noblitt Political Science Scholarship
Federation of German/American Clubs Scholarship to Kassel, Germany
Delta Phi Alpha (National German Honors Society) Member
Sigma Delta Pi (National Spanish Honors Society) Member
Excellence Scholarship (1997 - 2000)
Dean's List, Concordia College (1997 - 2000)